AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

|   |   |
|---|---|
| CASE NUMBER: | 08CV2586 |
| V. ASSIGNED JUDGE: | JUDGE ZAGEL |

Elizabeth Rodriguez, indv. and d/b/a Copacabana Cafe, Inc., d/b/a The Copa Cabana Cafe and Copacabana Cafe, Inc., d/b/a The Copa Cabana Cafe

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Copacabana Cafe, Inc., d/b/a The Copa Cabana Cafe
c/o Elizabeth Rodriguez - Registered Agent
1911 Rice
Melrose Park, Illinois 60160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**



(By) DEPUTY CLERK

May 6, 2008
Date

Copacabana INC DBA Copa Cabana CAFE
Copacabana
08CV2586

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5/19/08 |
| NAME OF SERVER (PRINT) Walter McWilliams | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☒ Returned unexecuted:  NOTICE TO VACATE ON DOOR
BUSINESS CLOSED
1911 W RICE
MELROSE PARK IL 60160

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/19/08                    *Walter McWilliams*
              Date                        Signature of Server

                    4647 W. 103rd St., Oak Lawn, IL 60453
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.