AO 440 (Rev. 05/00) Summons in a Civil Action

83144

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**Alias**

**SUMMONS IN A CIVIL CASE**

J&J SPORTS PRODUCTIONS, INC.

CASE NUMBER: 08 C 2586

V.

ASSIGNED JUDGE: Zagel

ELIZABETH RODIRQUEZ, indv. and d/b/a COPACABANA CAFE, INC., d/b/a THE COPA CABANA CAFE and COPACABANA CAFE, INC., d/b/a THE COPA CABANA CAFE

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Elizabeth Rodriquez
733 Cliffview Drive - #78
Dallas, TX

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

--------------------------------
**(By) DEPUTY CLERK**

**August 7, 2008**
--------------------------------
Date

Cause # 08 C 2586

### J&J SPORTS PRODUCTIONS, INC.
### VS
### ELIZABETH RODIRQUEZ, ETAL

## AFFIDAVIT OF DUE DILIGENCE

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who, being by me duly sworn states on oath that:

1. My name is **Dennis S. Hinshaw.** I am of legal age and of sound mind and have personal knowledge of the facts set forth in this affidavit. I am duly authorized to make this affidavit and am competent to testify to the matters contained in this affidavit. I swear that every statement made in this affidavit is made on my personal knowledge and is true and correct.

2. I am employed by Lawyers Civil Process, Inc., 400 S. Houston St., Suite 105 Dallas, Texas 75202. I am a Private Process Server in the State of Texas. I am not a party, or otherwise interested in the outcome of this lawsuit.

3. On the **18th** day of **August, 2008**, I was assigned a **Summons and Complaint** and was instructed to attempt service on **Elizabeth Rodriguez at 733 Cliffview Drive, #78, Dallas, Texas.**

4. I made the following attempts to serve said Summons and Complaint on defendant:

| Date | Time | Results |
|---|---|---|
| 8-21-08 | 8:30 am | Attempted and found per Hispanic male that could hardly speak English stated no Elizabeth Rodriguez lives at this address. |

**FURTHER AFFIANT SAYETH NOT.**

_____
AFFIANT

SUBSCRIBED AND SWORN THIS 21ST DAY OF AUGUST, 2008.

MELISSA WOOLEY
MY COMMISSION EXPIRES
December 4, 2008

_____
NOTARY PUBLIC